# UNITED STATES DISTRICT COURT
for the
## EASTERN DISTRICT OF WISCONSIN

*In the Matter of the Search of*

Case Number: 13 m 623

A USPS Priority Mail parcel with tracking number 9505 5102 9914 3121 4917 80 addressed to "David Taylor, 1028 E. Pacific St., Appleton, WI 54911," and containing the return address of "John Smith, 434 S 1300 E., SLC, UT 84102."

TO: Any authorized officer of the United States:



USDC EDWI
FILED IN GREEN BAY DIV

MAY 1 0 2013

AT_____ O'CLOCK____M
JON W. SANFILIPPO

## SEARCH AND SEIZURE WARRANT

TO: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property currently located in the Eastern District of Wisconsin

**A USPS Priority Mail parcel with tracking number 9505 5102 9914 3121 4917 80 addressed to "David Taylor, 1028 E. Pacific St., Appleton, WI 54911," and containing the return address of "John Smith, 434 S 1300 E., SLC, UT 84102."**

The person or property to be searched, described above, is believed to conceal: A quantity of a controlled substance, or other evidence of using the mail to facilitate the possession and/or distribution of a controlled substance in violation of title 21 U.S.C. § 843(b).

I find that the affidavit, submitted with the application, establishes probable cause to search and seize the person or property.

**YOU ARE HEREBY COMMANDED** to search on or before   5-13-   , 2013
*(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge <u>James R Sickel</u>.

Date and time issued   May 3, 2013; 3:15 p.m.

City and state: <u>Green Bay, Wisconsin</u>

*Judge's signature*

THE HONORABLE JAMES R SICKEL
<u>United States Magistrate Judge</u>
*Name & Title of Judicial Officer*

# RETURN

| Case No. | Date and time Warrant executed | Copy of warrant and inventory left with: |
|---|---|---|
| 13-M-623 | May 3, 2013 at 3:45 PM | USPS |

Inventory made in the presence of
Derik Thieme, US Postal Inspector

Inventory of person or property taken and name of any person(s) seized:

Priority Mail parcel with tracking number 9505 5102 9914 3121 4917 80 containing:
- One "Vailand Textile" clothing catalog
- One empty black colored jewelry container
- 4 Memorex CD-R disks
- One black and gray size XL t-shirt wrapped around a double vacuum sealed bundle of a green leafy substance that weighed approximately 500 grams. I tested the green leafy substance using the Duquenois-Levine field test kit and received a positive test for the presence of THC, the active ingredient in marijuana.

# CERTIFICATION

I swear under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 05/10/2013

_____
(Executing officer's signature)

MATT SCHMITZ, POSTAL INSPECTOR
(Printed name and title)

Subscribed, sworn to, and returned before me this date.

_____
(U.S. Judge or Magistrate Judge)

5/10/13
(Date)